[No. 7885-6-II. Division Two. June 13, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. BRADFORD
EVAN BALL, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 84-1-00301-4, John N. Skimas, J., entered
June 19, 1984. *Affirmed* by unpublished opinion per Petrie,
J. Pro Tem., concurred in by Reed, A.C.J., and Petrich, J.

[No. 8076-1-II. Division Two. June 13, 1986.]

*In the Matter of the Marriage of* KAREN A.
CASKEY, *Respondent, and* LEONARD G.
CASKEY, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 83-3-00825-1, Karen B. Conoley, J., entered
August 10, 1984. *Affirmed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by Reed, A.C.J., and
Alexander, J.